JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLANE LLC, | Case No. 2:22-cv-06018-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| QBE SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Re: Defendant's Motion to Dismiss, it is ordered, adjudged, and decreed that this case is dismissed with prejudice and without leave to amend. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 5, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE