WALTER J. LACK, ESQ. (SBN 57550)
STEVEN C. SHUMAN, ESQ. (SBN 82828)
ANDREW M. JACOBSON, ESQ. (SBN 286330)
SYDNEY DESMAN, ESQ. (SBN 332480)
**ENGSTROM, LIPSCOMB & LACK, P.C.**
10100 Santa Monica Boulevard, Suite 1200
Los Angeles, CA 90067-4113
Telephone    (310) 552-3800
Facsimile:    (310) 552-9434
Email:        sshuman@elllaw.com
              ajacobson@elllaw.com
              sdesman@elllaw.com

DAVID J. FURTADO, ESQ. (SBN 232022)
**FURTADO LAW PC**
3773 Cherry Creek North Drive
Suite 755
Denver, CO 80209
P: (303)755-2929
Email: dfurtado@furtadolaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLANE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>QBE SPECIALTY INSURANCE COMPANY<br><br>    Defendants. | CASE NO. 2:22-cv-06018-MCS-SK<br><br>[The Honorable Mark C. Scarsi, Courtroom 7C]<br><br>**NOTICE OF SETTLEMENT AND NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION** |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff Skylane LLC and Defendant QBE Specialty Insurance Company have reached a settlement agreement in this

1  PLEASE TAKE FURTHER NOTICE that Plaintiff Skylane LLC hereby
2  notifies the Court that it is withdrawing its Motion for Reconsideration Re
3  Defendant QBE Specialty Insurance Company's Motion to Dismiss [Docket 31].
4
5  Dated: January 30, 2023          */s/ Andrew M. Jacobson*
6                                   ENGSTROM, LIPSCOMB & LACK
                                     Steven C. Shuman
7                                    sshuman@elllaw.com
8                                    Andrew M. Jacobson
                                     ajacobson@elllaw.com
9                                    Sydney Desman
10                                   sdesman@elllaw.com
                                     David J. Furtado (CO. SBN 232022)
11                                   FURTADO LAW, PC
12                                   dfurtado@furtadolaw.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

457341                               3
**PLAINTIFF'S NOTICE OF SETTLEMENT AND NOTICE OF WITHDAWAL OF MOTION
FOR RECONSIDERATION**

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, a true and correct copy of: **NOTICE OF SETTLEMENT AND NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION** was served electronically to all parties with an email address on record who have consented to electronic service in this action as follows:

REBECCA R. WEINREICH
E-Mail: Rebecca.Weinreich@lewisbrisbois.com
MONICA M. KALUNIAN, (SBN 251769)
E-Mail: Monica.Kalunian@lewisbrisbois.com
AARON T. KNAPP
Aaron.Knapp@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
***Attorneys for Defendant***

　　　　　　　　　　　　　　　　*/s/ Merlene Fletcher*
　　　　　　　　　　　　　　　　Merlene Fletcher