UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKYLANE, LLC,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>QBE SPECIALTY INSURANCE<br>COMPANY,<br><br>      Defendant-Appellee. | No.   23-55009<br><br>D.C. No.<br>2:22-cv-06018-MCS-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 12) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on

appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator

Mediation